1
2
3

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030-3227**

4
5

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

6
7

**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

8
9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

10
11
12
13
14
15
16
17

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | **CASE NO. 1:10-cv-00389-LJO-GSA** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER** |
| v. | |
| **GURDIR K. DHALIWAL, et al.** | |
| **Defendants.** | |

18
19

TO THE HONORABLE GARY S. AUSTIN, THE DEFENDANTS AND THEIR ATTORNEY/S OF RECORD:

20
21
22

Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Tuesday, June 8, 2010 at 9:00 AM.    As set forth below Plaintiff respectfully requests that the Court continues the Initial Scheduling Conference to a new date of to a new date approximately Thirty (30) to Forty-Five (45) days forward.

23
24
25
26
27
28

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Gurdir K. Dhaliwal and Sharnjit Kaur Dhaliwal, individually and d/b/a Papa O's Pizza; and Mantra Investments, LLC, an unknown business entity d/b/a Papa O's Pizza.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, or any of the other pertinent issues involving the case itself or the preparation of a Joint Status Report.

1      Plaintiff recently identified an alternative address that it believes will be successful to serve

2  its initiating suit papers, upon the Defendants.

3      **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial

4  Scheduling Conference, presently scheduled for Tuesday, June 8, 2010 at 9:00 AM to a new date

5  approximately Thirty (30) to Forty-Five (45) days forward.

6

7                                          Respectfully submitted,

8

9

10

11  Dated: May 28, 2010                    */s/ Thomas P. Riley*

12                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                            By: Thomas P. Riley
13                                          Attorneys for Plaintiff
                                            Joe Hand Promotions, Inc.
14

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                          **ORDER**

PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING
STATUS CONFERENCE; AND ORDER (Proposed)
CASE NO. 1:10-cv-00389-LJP-GSA

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:10-cv-00389-LJO-GSA styled *Joe Hand Promotions, Inc. v. Gurdir K. Dhaliwal, et al*., is hereby continued from Tuesday, June 8, 2010 at 9:00 AM, to **July 27, 2010, at 9:30 a.m.**

**IT IS SO ORDERED**:

Dated: June 1, 2010          <u>     /s/ Gary S. Austin     </u>
                                                     **THE HONORABLE GARY S. AUSTIN**
                                                     **United States District Court**
                                                     **Eastern District of California**