Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 90071

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. CV 10-00389 LJO GSA |
| Plaintiff, | |
| vs. | ORDER  GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE |
| GURDIR K. DHALIWAL, ET AL., | |
| Defendants. | |

## ORDER

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

///

///

///

///

ORDER (Proposed) GRANTING PLAINTIFF'S
*EX-PARTE* APPLICATION FOR AN ORDER EXTENDING
TIME TO COMPLETE SERVICE
PAGE 1

2110a63e0d804105

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Gurdir K. Dhaliwal, Sharnjit Kaur Dhaliwal, and Mantra Investments, LLC where service has not been made or service by publication requested.

**IT IS SO ORDERED**:

July 16, 2010                                    _____/s/ Gary S. Austin_____
                                                          UNITED STATES MAGISTRATE JUDGE

**ORDER (Proposed) GRANTING PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 2**