**THOMAS P. RILEY, SBN 194706**
LAW OFFICES OF THOMAS P. RILEY, P.C.
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 90071**

**Tel:  626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GURDIR K. DHALIWAL, ET AL., <br><br> Defendants. | Case No. 1:10-cv-0389 LJO JLT <br><br> **ORDER GRANTING PLAINTIFF'S SECOND *EX-PARTE* APPLICATION FOR AN ORDER EXTENDING TIME TO COMPLETE SERVICE** |

## ORDER

The Court, upon review of Plaintiff's request and representations presented in the above-entitled matter hereby orders the following:

Plaintiff is granted an additional sixty (60) days from today's date to effectuate service of the Summons and Complaint filed in this matter, or to file a motion for service by publication, or in the alternative, a Notice of Voluntary Dismissal as to defendants Gurdir K. Dhaliwal, Sharnjit Kaur Dhaliwal and Mantra Investments, LLC, where service has not been made or service by publication requested.

**ORDER GRANTING PLAINTIFF'S SECOND**
***EX-PARTE* APPLICATION FOR AN ORDER EXTENDING**
**TIME TO COMPLETE SERVICE**
**PAGE 1**

Plaintiff is advised that, in light of the fact that this is the second extension granted by the Court, his failure to serve the summons and complaint within this second extended period or seek authorization to serve the defendants by publication, will result is a recommendation that the matter be dismissed.

The Scheduling Conference, currently set on October 27, 2010, is continued to December 29, 2010 at 9:00 a.m. at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA 93301.

IT IS SO ORDERED.

Dated:   **September 29, 2010**              /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE