UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) | Case No.: 10-cv-00389 LJO JLT |
| ) | |
| Plaintiff, ) | ORDER STAYING THE MATTER AS TO |
| ) | DEFENDANT MANTRA INVESTMENTS, |
| v. ) | LLC. |
| ) | (Doc. 22) |
| GURDIR K. DHALIWAL et. al, ) | |
| ) | ORDER CONTINUING SCHEDULING |
| Defendants. ) | CONFERENCE |
| ) | (Doc. 23) |
| _____ ) | |

Before the Court are two motions. In the first, Plaintiff reports that Defendant, Mantra Investments, LLC filed for bankruptcy protection in August 2009. (Doc. 22) The Court has reviewed the docket for this filing, in case number BK 09-18010 WR, and has confirmed that the matter is ongoing.[1] The complaint in this matter alleges that the event occurred on March 7, 2009. (Doc. 1 at 4) Therefore, pursuant to 11 U.S.C. § 362, as to Defendant Mantra Investments, LLC only, the matter is **STAYED**.

In the second motion, Plaintiff seeks a continuance of the Scheduling Conference. (Doc. 23) Plaintiff reports that it has been in active settlement negotiations and anticipates that

---

[1] A federal court may take notice of facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); United States v. Bernal-Obeso, 989 F.2d 331, 333 (9th Cir. 1993). The record of the United States Bankruptcy Court is a source whose accuracy cannot reasonably be questioned, and judicial notice may be taken of court records. Mullis v. United States Bank. Ct., 828 F.2d 1385, 1388 n.9 (9th Cir. 1987); Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n. 1 (N.D.Cal.1978), *aff'd*, 645 F.2d 699 (9th Cir.); see also Colonial Penn Ins. Co. v. Coil, 887 F.2d 1236, 1239 (4th Cir. 1989); Rodic v. Thistledown Racing Club, Inc., 615 F.2d 736, 738 (6th. Cir. 1980).

- 1 -

1  a notice of dismissal will be filed within 25 to 30 days.  Id.  Therefore, the Court finds good
2  cause to continue the scheduling conference.
3        Therefore, the Court **ORDERS**:
4    1.   As to Defendant Mantra Investments, LLC only, the matter is **STAYED**.  The
5        parties are order to notify the Court within 14 days of the termination of the
6        bankruptcy proceeding;
7    2.   The date and time for the Scheduling Conference is reset from February 15,
8        2011 at 9:00 a.m., to March 22, 2011 at 9:00 a.m.  No further continuances of
9        the Scheduling Conference will be granted absent a showing of good cause;
10   3.   Plaintiff is **ORDERED** to serve this order on all other parties
11
12 IT IS SO ORDERED.
13 Dated:  **February 9, 2011**                               **/s/ Jennifer L. Thurston**
14                                                          UNITED STATES MAGISTRATE JUDGE