# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. CV F 10-0389 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 25.) |
| vs. | |
| GURDIR K. DHALIWAL, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;
2. VACATES all pending matters and dates, including the March 22, 2011 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   February 24, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE